# SCHEDULE A







