# INDEX OF EXHIBITS

**INDEX OF EXHIBITS**

Schedule A:                     List of Defendants

Exhibit A:                      Plaintiff's Patent-in-Suit

Exhibit B:                      Infringing Evidence Product Comparison

Exhibit C:                      Defendant's Internet Store Checkout Pages

Exhibit D:                       Alibaba, Amazon, and Counterfeiting in the

                                Age of the Internet, by Daniel C.K. Chow

Exhibit E:                      Combating Trafficking in Counterfeit and

                                Pirated Goods, by United States Department

                                of Homeland Security