**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUN ZHU, | |
| Plaintiff, | Civil Case No.: 2:26-cv-00970 |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

**OF ZHENG "ANDY" LIU**

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice

appearance of Zheng "Andy" Liu is GRANTED.

Dated: _____

_____

UNITED STATES DISTRICT JUDGE

1