**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

YUN ZHU

vs.
SCHEDULE A DEFENDANTS

)
)
)
)
)
)
)
)

Civil Action No.   2:26-cv-00970 _____

or

Criminal Action No.

_____

**DISCLOSURE STATEMENT**

    Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

    Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____Yun Zhu_____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

05/17/2026
_____

Date

/s/ Zheng "Andy" Liu
_____

Signature of Attorney or Litigant