IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

*Plaintiff*,

v.

SCHEDULE A DEFENDANTS,

*Defendants*.

Civil Action No. 2:26-cv-970

Hon. William S. Stickman IV

## HEARING MEMO

HEARING HELD:  Videoconference Motion Hearing
DATE HEARING HELD:  May 19, 2026
BEFORE:  Judge William S. Stickman IV

Appearing for Plaintiff:
Zheng Liu, Esquire

Appearing for Defendants:
n/a

Hearing began at 11:16 a.m.

Hearing concluded at 11:25 a.m.

Stenographer:  Barbara Loch

OUTCOME:

Motion Hearing held re:  Plaintiff's *Ex Parte* Motion for (1) Entry of Temporary Restraining Order, Including a Temporary Injunction and Temporary Asset Restraint, (2) Expedited Discovery Order, and (3) Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF No. 11).  The Court finds the requisite elements have been met and the temporary restraining order will issue. $5,000 bond will be required. The temporary restraining order must be served upon Defendants forthwith, and Plaintiff must file proof of the same with the Court.

Injunction Hearing scheduled for 06/02/26 at 2:00 p.m. in courtroom 8B.

Orders of Court to follow.