**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| ZHU | ) | |
| _____ | ) ) | |
| vs. | ) | Civil Action No.   2:26-cv-970 |
| | ) | |
| SCHEDULE A DEFENDANTS | ) | |
| _____ | ) ) | |

JIANYIN LIU

**MOTION FOR ADMISSION *PRO HAC VICE* OF** _____

    [Affiant], undersigned counsel for Defendant <u>JIYOUHOME</u>, hereby moves that [Affiant] be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant JIYOUHOME in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of [Affiant] filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 05/27/2026 _____

s/ JIANYIN LIU
_____
[Affiant's name] (Bar. ID NO. _____)
[Affiant's Address/Contact Details]
   1007675 (Florida Bar)
*Counsel for [Plaintiff/Defendant]*

9000 SW 157TH ST,
PALMETTO BAY, FL 33157
EMAIL: JAMESLIULAW@GAMIL.COM
Phone: 305 -209-6188