**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


_____ZHU_____  )

  )                      2:26-cv-970

        vs.                      )          Civil Action No. _____

SCHEDULE A DEFENDANTS            )
_____   )
                                 )

**AFFIDAVIT OF**   __Jianyin Liu__   **IN SUPPORT OF**

**MOTION FOR ADMISSION *PRO HAC VICE***

I, _____Jianyin Liu_____ , make this affidavit in support of the motion for my admission

to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant JIYOUHOME in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, _____Jianyin Liu_____ , being duly sworn, do hereby depose and say as follows:
                              The Law Offices of James Liu PLLC

1.    I am a lawyer of the law firm [_____].
           15750 SW 92nd Ave Unti 20C, Palmetto Bay, FL 33157
2.    My business address is _____.

3.    I am a member in good standing of the bar[s] of    FL and WA
                                        _____.
                              FBN: 1007675; WABA: 59542
4.    My bar identification number(s) [is/are] _____.
                              FL and WA
5.    A current certificate of good standing from _____is attached to this
      Affidavit as Exhibit A and B.

6.    [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:_____: [Insert additional explanation as appropriate.]

7.    I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.    I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9.       Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.
I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

05/27/2026

Dated: _____          _____/s/ Jianyin Liu_____

[Affiant]