**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ZHU. | ) | |
| | ) | |
| vs. | ) | Civil Action No. <u>2:26-CV-970</u> |
| | ) | |
| SCHEDULE A DEFENDANTS | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING MOTION OF PRO HAC VICE ADMISSION**

The motion of *Pro Hac Vice* filed by Jianyin Liu, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Florida and Washington; and his contact information is as follow:

Applicant's Name: Jianyin Liu
Firm Name: The Law Offices of James Liu PLLC
Address: 9000 SW 157TH ST,

City/State/ Zip: Palmetto Bay, FL 33157 Telephone/
Fax: (305) 209 6188
Email: Jamesliulaw@gmail.com

Applicant having requested admission Pro Has Vice to appear for all purpose as counsel for the defendant JIYOUHOME.

.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court of the Western District of

Page 1 of 2

Pennsylvania. All attorneys appearing before this Court are subjected to the Local Rules

of this Court, including the Rules governing discipline of attorneys.

Dated: _____


_____

United States District/Magistrate judge