**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
Civil Action No. 2:26-cv-00970-WSS

ZHU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

_____/

**PROPOSED ORDER**

AND NOW, this __ day of May, 2026, upon consideration of Defendant JIYOUHOME's

Motion for Leave to Appear Remotely via Videoconference at the Preliminary Injunction

Hearing scheduled for June 2, 2026 (the "Motion"), and any response thereto,

IT IS HEREBY ORDERED that the Motion is GRANTED.

1. The counsel for Defendant JIYOUHOME, Jianyin Liu, and, to the extent necessary or desired,

a corporate representative of Defendant JIYOUHOME, are permitted to appear remotely via

videoconference (using the Court's Zoom platform or such other videoconferencing technology

as the Court may designate) at the preliminary injunction hearing scheduled for June 2, 2026.

2. Counsel and any participating representative shall comply with all technical and procedural

requirements for remote appearances as set forth by the Court, including but not limited to:

  - Ensuring a stable internet connection;

  - Participating from a quiet, professional environment;

- Using appropriate lighting and background;

- Remaining muted when not speaking; and

- Testing connectivity in advance of the hearing.

3. Failure to comply with the Court's videoconference protocols may result in the remote appearance being denied or terminated, and the Court may require in-person appearance.

4. Nothing in this Order shall be construed as a waiver of any jurisdictional, procedural, or substantive rights or defenses of any party.

      IT IS SO ORDERED.

_____
William S. Stickman IV
United States District Judge

Date: _____