**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUN ZHU,<br><br>    Plaintiff,<br><br>  v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>    Defendants. | Civil Case No.: 2:26-cv-00970-WSS |

**<u>MOTION FOR PRAECIPE TO ISSUE SUMMONS</u>**

Plaintiff Yun Zhu requests that the clerk of this Court issue the attached Summons.

Date: May 28, 2026    Respectfully submitted,

         _____/s/ Zheng "Andy" Liu_____
         Zheng "Andy" Liu (CA-279327)
         Aptum Law
         1660 S Amphlett Blvd Suite 315
         San Mateo, CA 94402
         Email: Andy.Liu@AptumLaw.us
         Phone: 650-475-6289

         *Attorneys for Plaintiff*

1