**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

YUN ZHU,

                Plaintiff,

        v.

SCHEDULE A DEFENDANTS,

                Defendants.

Civil Case No.: 2:26-cv-00970-WSS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury under the law of the United States that on

May 28, 2026, I, or someone acting under my direction, served a copy of the following:

**TEMPORARY RESTRAINING ORDER; ORDER RESTRAINING ASSETS**
**AND MERCHANT STOREFRONTS; ORDER TO SHOW CAUSE WHY A**
**PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND ORDER**
**AUTHORIZING EXPEDITED DISCOVERY; SCHEDULING ORDER**

upon all Defendants by emailing the same to all Schedule A defendants' email

addresses as provided by Amazon.com. I did not receive any notice of non-delivery of my

emails.

///

///

///

1

Date: May 29, 2026                    Respectfully submitted,


    /s/ Zheng "Andy" Liu

Zheng "Andy" Liu (CA- 279327)

Aptum Law

1660 S Amphlett Blvd Suite 315

San Mateo, CA 94402

Email: Andy.Liu@AptumLaw.us

Phone: 650-475-6289

*Attorney for Plaintiff*

2