**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUN ZHU,<br><br>               Plaintiff,<br><br>     v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>               Defendants. | Civil Case No.: 2:26-cv-00970 |

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendants from this action:

| No. | Defendant | Platform |
|---|---|---|
| 3 | hengshee | Amazon |
| 5 | Kiwaou | Amazon |
| 10 | Xinghai-Ruyi Atelier | Amazon |
| 18 | Altura Home | Wayfair |
| 19 | Yourun Furniture | Wayfair |

///

///

1

Date: May 31, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
**Aptum Law**
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*