## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Action No. 2:26-cv-00970-WSS

JURY TRIAL DEMANDED

_____/

### DECLARATION IN SUPPORT OF DEFENDANT JIYOUHOME'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Zou Jianying declare as follows:

1. I am the Authorized Representative of Defendant JIYOUHOME. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would competently testify to them. I make this Declaration in support of Defendant JIYOUHOME's Response in Opposition to Plaintiff's Motion for Preliminary Injunction.

2. JIYOUHOME is a company organized and existing under the laws of the People's Republic of China with its principal place of business in China. It does not have any offices, employees, or physical presence in the United States or Pennsylvania.

3. JIYOUHOME sells modular sofas and related furniture products primarily through online e-commerce platforms such as Amazon.

4. To the best of my knowledge and after reviewing sales records, JIYOUHOME has made zero sales of the accused products into the Commonwealth of Pennsylvania. No orders have been shipped to addresses in Pennsylvania.

Page 1 of 2

5. The total sales volume of the accused products in the entire United States is minimal.

6. The product images attached to Defendant's Response (Figures 3 and 4) are true and accurate photographs of the actual products sold by JIYOUHOME. These images fairly and accurately depict the current appearance, design, and features of the products, including the removable multi-functional armrest pillows, visible seams between backrest modules, soft wavy fabric edges, and the rectangular/straight bottom frame.

7. The descriptions of the products contained in Defendant's Response in Opposition are true and correct based upon my personal knowledge and review of product specifications.

8. The accused products feature non-fixed, removable, and multi-functional armrest pillows that can be freely moved and used independently. This is a key distinguishing feature from the design claimed in U.S. Design Patent No. D1,081,175 S.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of May, 2026, in China.

Zou Jian ying

[Full Name] Zou Jian ying
[Title] Owner
JIYOUHOME