## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

          Plaintiff,

   v.

SCHEDULE A DEFENDANTS,

          Defendants.

Civil Case No.: 2:26-cv-00970

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|-----|-----------|------|----------|
| 1 | DALUO | B0FJ299YYX | Amazon |
| 2 | HK FARRELL | BOFJ299YYX | Amazon |
| 3 | SLine-US | B0FJ299YYX | Amazon |

///

///

1

Date: June 1, 2026                                    Respectfully submitted,

/s/ Zheng "Andy" Liu

Zheng "Andy" Liu (CA- 279327)

*Aptum Law*

1660 S Amphlett Blvd Suite 315

San Mateo, CA 94402

Email: Andy.Liu@AptumLaw.us

Phone: 650-475-6289


*Attorneys for Plaintiff*