**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUN ZHU, | Civil Case No.: 2:26-cv-00970-WSS |
| Plaintiff, | |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**MOTION FOR PRELIMINARY INJUNCTION**

In accordance with the Temporary Restraining Order ("TRO") issued on May 19, 2026 [Dkt. 18], Plaintiff moves this Court for a preliminary injunction against Defendants . The basis for this motion is similar to that supporting the Motion for TRO. [Dkt.11] Additional factual and legal bases are provided in the Memorandum in Reply to Defendant's Opposition to Motion for Preliminary Injunction [Dkt. 34] A proposed Order is concurrently filed with this motion.

Date: June 2, 2026                Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*

1