# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**YUN ZHU,**

Plaintiff,

v.

**SCHEDULE A DEFENDANTS,**

Defendants.

Civil Action No. 2:26-cv-00970-WSS

JURY TRIAL DEMANDED

_____ /

## NOTICE OF FILING SUPPLEMENTAL STORE INFORMATION

Defendant, JIYOUHOME, hereby files its store information as follows:

- Store Name: JIYOUHOME or ABCASA Store
- Store ID：A368CDJVX67XZT
- Store Email：jiyouamz@126.com

Due to the sealed nature of Schedule, Defendant JIYOUHOME was not sure which name

was sued under. JIYOUHOME was the official name of Amazon and ABCASA Store is the name

shown on the storefront of Amazon.

Respectfully submitted,

/s/ Jianyin Liu Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
30 N LaSalle St, Ste 1510
Chicago, IL 60602
Tel: (305) 209-6188
Email: jamesliulaw@gmail.com

Page 1 of 2

Attorney for Defendant

Dated: June 2, 2026

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2026, a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

/s/ Jianyin Liu