IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

                Plaintiff,

      v.

SCHEDULE A DEFENDANTS,

                Defendants.

Civil Case No.: 2:26-cv-00970-WSS

## NOTICE OF FILING OF SIDE-BY-SIDE COMPARISON CHART BETWEEN PLAINTIFF'S DESIGN AND DEFENDANT JIYOUHOME'S PRODUCT

| Plaintiff's Patented Design | Defendant JIYOUHOME a.k.a ABCASA Store's listing showing Infringing product |
|---|---|
| | |

Date: June 2, 2026                                        Respectfully submitted,


/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289


*ATTORNEY FOR PLAINTIFF*