IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

     *Plaintiff*,         Civil Action No. 2:26-cv-970

 v.             Hon. William S. Stickman IV

SCHEDULE A DEFENDANTS,

     *Defendants*.

**HEARING MEMO**

HEARING HELD:  Injunction Hearing
DATE HEARING HELD:  June 2, 2026
BEFORE:  Judge William S. Stickman IV

Appearing for Plaintiff:      Appearing for Defendants:
Zheng Liu, Esquire       Jianyin Liu, Esquire
             Defendant JIYOUHOME a.k.a. ABCASA
             Store

Hearing began at 2:00 PM     Hearing concluded at 2:46 PM

Stenographer:  Barbara Loch

OUTCOME:

A hearing was conducted on Plaintiff's Motion for a Preliminary Injunction (ECF No. 35). The Court will grant a preliminary injunction as to the non-appearing Defendants for the reasons set forth on the record.  It will issue the injunction upon the receipt of a revised proposed preliminary injunction order that excises language regarding Defendant JIYOUHOME a.k.a. ABCASA Store and includes a revised Schedule A with only the remaining non-appearing Defendants.  The Court extended the TRO as to these non-appearing Defendants.

Any supplemental briefing from Plaintiff and Defendant JIYOUHOME a.k.a. ABCASAS Store regarding the issues of personal jurisdiction and joinder under 35 U.S.C. § 299 is due by June 9, 2026.  The Court will then issue an Opinion and Order adjudicating Plaintiff's request for preliminary injunction against Defendant JIYOUHOME a.k.a. ABCASA.  The Court ordered the TRO as to this Defendant shall remain in place until the resolution of the injunction motion.