# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUN ZHU,<br><br>     Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>     Defendants. | Civil Case No.: 2:26-cv-00970-WSS |

## **PLAINTIFF'S MOTION TO STRIKE DKT. 33**

Plaintiff Yun Zhu respectfully moves this Court for an Order to strike the Notice of Voluntary Dismissal as to Certain Defendants [Dkt. 33], which was filed in error.

Namely, on June 2, 2026, the Notice of Voluntary Dismissal as to Certain Defendants [Dkt. 33] was meant to be filed in a different case, but was inadvertently filed due to a miscommunication between counsel and his support staff. The Defendant included in Dkt. 33 are not parties to this case. Plaintiff therefore asks the Court to strike Dkt. 33 from the docket.

Counsel apologizes for the confusion and inconvenience.

A Proposed Order is concurrently filed.

Date: June 2, 2026                    Respectfully submitted,


                                      /s/ Zheng "Andy" Liu
                                      Zheng "Andy" Liu (CA- 279327)
                                      *Aptum Law*
                                      1660 S Amphlett Blvd Suite 315
                                      San Mateo, CA 94402
                                      Email: Andy.Liu@AptumLaw.us
                                      Phone: 650-475-6289


                                      *ATTORNEY FOR PLAINTIFF*