## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

              Plaintiff,

     v.

SCHEDULE A DEFENDANTS,

              Defendants.

Civil Case No.: 2:26-cv-00970-WSS

### [PROPOSED ORDER] ON MOTION TO STRIKE DKT. 33

For good cause shown, IT IS HEREBY ORDERED that the Motion to Strike Dkt.

33 is GRANTED. The Notice of Voluntary Dismissal [Dkt. 33] filed by Plaintiff Yun Zhu

is hereby stricken.

 

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

1