# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

          Plaintiff,

   v.

SCHEDULE A DEFENDANTS,

          Defendants.

Civil Case No.: 2:26-cv-00970-WSS

## Order ~~ON MOTION TO STRIKE DKT. 33~~

**ON MOTION TO STRIKE DKT. 33**

For good cause shown, IT IS HEREBY ORDERED that the Motion to Strike Dkt. 33 is GRANTED. The Notice of Voluntary Dismissal [Dkt. 33] filed by Plaintiff Yun Zhu is hereby stricken.

6/3/2026

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

1