**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| YUN ZHU,<br><br>     Plaintiff,<br><br> v.<br><br>SCHEDULE A DEFENDANTS**,**<br><br><br>     Defendants. | Civil Case No.: 2:26-cv-00970-WSS |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 1, 4 & 7

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 1 | TOPXXSHOP | B0GLYDZ596<br>B0GLY6MT4H<br>B0GLYBZR6G<br>B0GLH4TBQB<br>B0GXD6BVDQ<br>B0GLGSWFBL<br>B0GLH6LJMV | Amazon |
| 4 | Vynelito Direct | B0FKGWYND4 | Amazon |
| 7 | KEIKI | B0GSZPX987<br>B0GSZPTWX2<br>B0GSZWYK2V<br>B0GSZTJDDP<br>B0FDGCMNQZ<br>B0GSZZJTZW | Amazon |

1

| | | | |
|---|---|---|---|
| | | B0GT16TCRS<br>B0GSZSBLLF<br>B0GSZQ2MS5<br>B0GSZVWBT8<br>B0GSZWT3YH<br>B0GSZS8CMP<br>B0GSZTFVLL<br>B0GSZT38S1<br>B0GSZV3TB9<br>B0GSZYHJLF | |

Date: June 4, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*