# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

XIAOQIAO WANG,

      Plaintiff,

v.

SCHEDULE A DEFENDANTS,

      Defendants.

Civil Case No.: 2:26-cv-00970-WSS

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANT

Defendant JIYOUHOME (aka or ABCASA Store) having consented to general personal jurisdiction in the Southern District of Florida or the Eastern District of Texas (Dkt. 43), under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses all causes of actions, without prejudice, against the following defendants from this action:

JIYOUHOME (aka or ABCASA Store).

Date: June 10, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*