# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

               Plaintiff,

      v.

SCHEDULE A DEFENDANTS,

               Defendants.

Civil Case No.: 2:26-cv-00970-WSS

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 15

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendant from this action:

| No. | Defendant | ASIN | Platform |
|-----|-----------|------|----------|
| 15  | HYLEORY   | N/A  | Target   |

Date: June 14, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*