# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUN ZHU,<br><br>           Plaintiff,<br><br>    v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>         Defendants. | Civil Case No.: 2:26-cv-00970-WSS |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 11

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 11 | MHSKDJJFACAI | B0FGQP38P2 | Amazon |

Date: June 26, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*

1