# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUN ZHU,<br><br>                    Plaintiff,<br><br>         v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>                    Defendants. | Civil Case No.: 2:26-cv-00970-WSS |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NO. 9 & 12

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice,

against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 9 | CB Living Hub | B0FVMC1P98<br>B0FVMBKW88<br>B0FVMGL9R7 | Amazon |
| 12 | YYXRyyH | B0FGXBHMKF | Amazon |

///

///

///

1

Date: June 29, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
**Aptum Law**
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*

2