## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

                Plaintiff,

      v.

SCHEDULE A DEFENDANTS,

                Defendants.

Civil Case No.: 2:26-cv-00970-WSS

## DECLARATION OF ZHENG "ANDY" LIU IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS

I, Zheng "Andy" Liu, hereby declare and state as follows:

On May 18, 2026, the Court ordered that process may be served on each Defendant in the Schedule "A" attached to the Complaint [ECF No. 1] via electronic mail and website publication. [ECF No. 9]

On May 29, 2026, I, or someone acting under my direction, caused the Complaint and a summons in this action to be served on all Defendants in the Schedule "A" attached to the Complaint [ECF No. 1] via electronic mail and website publication as authorized by Court Order in ECF No. 9. [ECF No. 26]

The time within which Schedule "A" Defendants listed below ("Defaulting Defendants") may answer or otherwise move as to the Complaint expired on June 22, 2026. [ECF No. 26]

The Defaulting Defendants have not answered or otherwise moved and the time for the Defaulting Defendants to answer or otherwise move has not been extended.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date: July 3, 2026                                      Respectfully submitted,



                                                        _____/s/ Zheng "Andy" Liu_____
                                                        Zheng "Andy" Liu (CA-279327)
                                                        Aptum Law
                                                        1660 S Amphlett Blvd Suite 315
                                                        San Mateo, CA 94402
                                                        Email: Andy.Liu@AptumLaw.us
                                                        Phone: 650-475-6289

                                                        *ATTORNEY FOR PLAINTIFF*

## Schedule "A" – Defaulting Defendants

| No. | Defendant | Photo of Infringing Product | ASIN | Platform |
|---|---|---|---|---|
| 2 | DaiNNCN | | B0FFN3TGKC | Amazon |
| 6 | Utrend Store | | B0FDFVL9Z4 | Amazon |
| 8 | KEVERSO | | B0FH2HQQ2Q | Amazon |
| 13 | KEVERSO | | B0FH2HQQ2Q | Amazon |
| 16 | GDFStudio | | | Target |

| 17 | Latitude Run | | | Wayfair |
| --- | --- | --- | --- | --- |