# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

             Plaintiff,

     v.

SCHEDULE A DEFENDANTS,

             Defendants.

Civil Case No.: 2:26-cv-00970-WSS

## [PROPOSED] ENTRY OF DEFAULT

AND NOW, this _____ day of _____, 2026, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Schedule "A" for failure to plead or otherwise defend.

_____
Clerk of the US District Court

## Schedule "A" – Defaulting Defendants

| No. | Defendant | Photo of Infringing Product | ASIN | Platform |
|---|---|---|---|---|
| 2 | DaiNNCN | | B0FFN3TGKC | Amazon |
| 6 | Utrend Store | | B0FDFVL9Z4 | Amazon |
| 8 | KEVERSO | | B0FH2HQQ2Q | Amazon |
| 13 | KEVERSO | | B0FH2HQQ2Q | Amazon |
| 16 | GDFStudio | | | Target |

| 17 | Latitude Run | | | Wayfair |
| --- | --- | --- | --- | --- |