**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUN ZHU, | |
| Plaintiff, | Civil Case No.: 2:26-cv-00970-WSS |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

## <u>NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NO. 16</u>

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 16 | GDFStudio | | Target |

Date: July 27, 2026

Respectfully submitted,

<u>/s/ Zheng "Andy" Liu</u>
Zheng "Andy" Liu (CA- 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*