## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

     Plaintiff,

   v.

SCHEDULE A DEFENDANTS,

     Defendants.

Civil Case No.: 2:26-cv-00970-WSS

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NO. 6

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|-----|-----------|------|----------|
| 6 | Utrend Store | BOFDFVL9Z4 | Amazon |

///

///

///

Date: August 7, 2026                    Respectfully submitted,

                                        /s/ Zheng "Andy" Liu
                                         Zheng "Andy" Liu (CA- 279327)
                                        **Aptum Law**
                                         1660 S Amphlett Blvd Suite 315
                                        San Mateo, CA 94402
                                         Email: Andy.Liu@AptumLaw.us
                                        Phone: 650-475-6289


                                        *Attorneys for Plaintiff*