**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUN ZHU,<br><br>Plaintiff,<br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>Defendants. | Civil Case No.: 2:26-cv-00970-WSS |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff respectfully moves this Court to enter a default judgment order and permanent injunction against the two remaining—but defaulted—defendants in this case (Defaulted Defendants).

Plaintiff respectfully request the following relief from this Court: (a) a permanent injunction against Defaulted Defendants, in similar scope to the already entered Preliminary Injunction [ECF No. 42], and (b) compensatory damages in the amount of $ 30,000.00 per Defaulted Defendants.

A Proposed Order is concurrently filed herewith.

///

///

///

///

Date: August 15, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*