**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUN ZHU,<br><br>Plaintiff,<br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-00970-WSS |

## [PROPOSED] FINAL DEFAULT JUDGMENT ORDER AND PERMANENT INJUNCTION AS TO CERTAIN DEFENDANTS[1]

This action having been commenced by Plaintiff Yun Zhu against the defendants, the individuals, partnerships, and unincorporated associations delineated in Schedule "A" to Plaintiff's Complaint, and using the Online Marketplace Accounts and Seller IDs identified on Schedule "A" to Plaintiff's Complaint, and Plaintiff having moved for entry of a Default Judgment Order and Permanent Injunction against the defendants identified on Schedule "A," attached hereto, who have defaulted and not yet been dismissed from this case (collectively, "Defaulted Defendants");

This Court having considered Plaintiff's Motion for Default Judgment and Permanent Injunction, the Declaration of Yun Zhu in support thereof, the Certificates of

---

[1]This Order applies to the Defaulting Defendants identified in Schedule "A" hereto, who have defaulted in this matter, as entered by the Clerk (ECF No. 52). There remain no other defendants in this case.

Service of the Summons and Complaint, the Entries of Default by the Clerk of the Court (ECF No. 52), and upon all other pleadings and papers on file in this above captioned Lawsuit;

None of the Defaulted Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of Plaintiff's Complaint are uncontroverted and are deemed admitted;

It is hereby ORDERED as follows:

## I. LIABILITY AND DAMAGES

A. Defaulted Defendants are deemed in default, and this Default Judgment is entered against Defaulted Defendants. Judgment is granted in favor of Plaintiff on all claims asserted against Defaulted Defendants listed on the Schedule "A" in Plaintiff's Complaint[2].

B. This Court finds Defaulted Defendants liable for federal patent infringement. Pursuant to 35 U.S.C. § 284, Plaintiff is awarded compensatory damages from each of the Defaulted Defendants in the amount of $10,000.00. This award shall apply to each Defaulted Defendant only once.

---

[2] Plaintiff's Complaint alleges Plaintiff is the owner of the federally registered patent U.S. Patent No. D1,081,175 ("Plaintiff's Patent") and that each Defendant is willfully offering for sale products that infringe upon at least Claim 1 of Plaintiff's Patent ("Infringing Products").

C. Any Third Party Providers[3] or Financial Institutions[4] holding funds for Defaulted Defendants shall, within seven calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulted Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the compensatory damages awarded in Paragraph B above) or other of Defaulted Defendants' assets.

D. All monies (up to the amount of the compensatory damages awarded in Paragraph B above) currently restrained in Defaulted Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are

---

[3]Third Party Providers are Amazon Services, LLC d/b/a Amazon.com, and Amazon Payments, Inc. d/b/a Amazon Pay (collectively "Amazon"), Joybuy Marketplace operated by Jingdong E-Commerce (Trade) Hong Kong Co., Ltd and JD E-Commerce America (collectively, "Joybuy"), Whaleco Inc., a Delaware Corporation, which is a wholly owned subsidiary of Pinduoduo Inc. which is owned by PDD Holdings (collectively, "Temu"), eBay, Inc. d/b/a ebay.com, Walmart Inc. and Wal-Mart.com USA, LLC, wish.com, Alibaba.com US LLC d/b/a Alibaba.com and Aliexpress.com, and any other third-party providing services in connection with any Defaulting Defendant and/or any Defaulting Defendant's Merchant Storefront, including, without limitation, Internet Service Providers, back-end service providers, web designers, sponsored search engine providers, sponsored ad-words providers, sponsored shopping providers, merchant account providers, third-party processors and other payment processing services, shippers, domain name registrars and domain name registries.

[4]Financial Institutions are any banks, financial institutions, credit card companies and payment processing agencies, such as Zhejiang Ant Small and Micro Financial Services Group Co., Ltd. AliPay (China) Internet Technology Co. Ltd., and Alipay.com Co., Ltd. (collectively referred to as "AliPay"), Amazon Payments, Inc., Walmart Pay, PayPal, Inc. d/b/a paypal.com, and Context Logic, Inc. d/b/a wish.com ("Financial Institutions"), and other companies or agencies that engage in the processing or transfer of money and/or real or personal property of any Defaulting Defendant.

ordered to release to Plaintiff the amounts from Defaulted Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

E. Until Plaintiff has recovered full payment of monies owed to it by any Defaulted Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

F. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulted Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulted Defendants by e-mail at any e-mail addresses provided for Defaulted Defendants by Third Parties.

**II. PERMANENT INJUNCTION**

A. Each Defaulted Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulted Defendant shall be permanently restrained and enjoined from:

1) (a) their unauthorized and unlicensed use of Plaintiff's Patent in connection with the distribution, marketing, advertising, offering for sale, or sale of any Infringing Products; and (b) shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner products which infringe on Plaintiff's Patent;

2) passing off, inducing, or enabling others to sell or pass off any product as a genuine product of Plaintiff or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's Patent;

3) committing any acts calculated to cause consumers to believe that Defaulted Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff and/or Plaintiff's Patent;

4) secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with any computer files, data, business records, documents or any other records or evidence relating to their User Accounts[5], Merchant Storefronts[6] or any money, securities or other property or assets of Defaulted Defendants (hereinafter collectively referred to as "Defaulted Defendants' Assets");

[5]"User Accounts" are any and all accounts with the online marketplace platforms Aliexpress.com, Amazon.com, eBay.com, Joybuy, Temu.com, Walmart.com, and wish.com, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, servants and all other persons in active concert with any of them.

[6]"Merchant Storefronts" are any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in products which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them.

5) effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Account, Merchant Storefront or any other means of importation, exportation, advertising, marketing, promotion, distribution, and/or display for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order;

6) offering for sale the Infringing Products within metatags or other markers within website source code, from use on any web page (including as the title of any product listing), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms or works which is visible to a computer user or serves to direct computer searches to Internet based e-commerce stores owned, or operated by each Defendant, including the Merchant Storefronts operating under the Seller IDs;

7) transferring ownership of the User Accounts or Merchant Storefronts associated with the Seller IDs; and

8) each Defendant shall preserve copies of all computer files relating to the use of any User Accounts and/or Merchant Storefronts under the Seller IDs and shall take steps necessary to retrieve computer files relating to the use of the User Accounts and/or Merchant Storefronts under their Seller IDs that may have been deleted before the entry of this Order;

B. Third Party Providers and Financial Institutions are permanently enjoined and restrained from:

1) secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defaulted Defendants' Assets from or to financial accounts associated with or utilized by any Defaulted Defendant or any Defaulted Defendant's User Accounts or Merchant Storefronts (whether said account is located in the U.S. or abroad) ("Defaulted Defendants' Financial Accounts").

C. Third Party Service Providers and Financial Institutions shall be permanently restrained and enjoined from engaging in any of the following acts or omissions:

1) (a) providing services to Defaulted Defendants, Defaulted Defendants' User Accounts and Defaulted Defendants' Merchant Storefronts, including, without limitation, continued operation of Defaulted Defendants' User Accounts and Merchant Storefronts which are connected in any way in the distribution, marketing, advertising, offering for sale, or sale of any products listed in Schedule "A" hereto; and (b) shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner products which use Plaintiff's Patent.

D. The domain name registries for any Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

1) transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

2) disable the Defendant Domain Names and make them inactive and untransferable.

## III. BOND

The bond posted by Plaintiff in the amount of $5,000.00 shall be released to the Plaintiff's Counsel at the following address:

Zheng Liu,
Counsel for Plaintiff Yun Zhu
750 Alma Lane #8244
Foster City, CA 94404.

This is a Default Judgment.

SIGNED this _____ day of _________________, 2026.
Pittsburgh, Pennsylvania

_________________________________
William S. Stickman IV
United States District Judge

cc: Zheng "Andy" Liu, Esq.
Andy.Liu@AptumLaw.us

## Schedule "A" – Defaulted Defendants

| No. | Defendant | Photo of Infringing Product | ASIN | Platform |
|---|---|---|---|---|
| 8 | KEVERSO |  | B0FH2HQQ2Q | Amazon |
| 17 | Latitude Run |  | | Wayfair |