IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUN ZHU,<br><br>*Plaintiff*,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>*Defendants*. | Civil Action No. 2:26-cv-970<br><br>Hon. William S. Stickman IV |

**ORDER OF COURT**

AND NOW, this 19th day of August 2026, IT IS HEREBY ORDERED that Defendants' responses to Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction (ECF No. 56) are due on or before **August 28, 2026**.

IT IS FURTHER ORDERED that a videoconference motion hearing is scheduled for **September 1, 2026 at 11:00 a.m**. The Zoom invitation is provided below. Counsel for Plaintiff shall promptly serve a copy of this order upon Defendants and file proof of the same with the Court.

Join Zoom Meeting by web: https://pawd-uscourts.zoomgov.com/j/1653290334

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE