**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUN ZHU,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-00970-WSS |

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the law of the United States that on August 20, 2026, I, or someone acting under my direction, served a copy of the following:

**MOTION FOR ENTRY OF DEFAULT JUDGMENT ORDER AND PERMANENT INJUNCTION; MEMORANDUM IN SUPPORT THEREOF; DECLARATION OF YUN ZHU; ENTRY OF DEFAULT; SCHEDULING ORDER**

upon Defaulting Defendants by emailing the same to all Schedule A defendants' email addresses as provided by Amazon.com. I did not receive any notice of non-delivery of my emails.

///

///

///

Date: August 20, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu

Zheng "Andy" Liu (CA- 279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

***Attorneys for Plaintiff***