IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

*Plaintiff*,

v.

SCHEDULE A DEFENDANTS,

*Defendants*.

Civil Action No. 2:26-cv-970

Hon. William S. Stickman IV

**ORDER OF COURT**

AND NOW, this 27th day of August 2026, IT IS HEREBY ORDERED that the videoconference motion hearing previously scheduled for September 1, 2026 at 11:00 a.m. is RESCHEDULED for **September 2, 2026 at 11:00 a.m**. The Zoom invitation is provided below. Counsel for Plaintiff shall promptly serve a copy of this order upon Defendants and file proof of the same with the Court.

https://pawd-uscourts.zoomgov.com/j/1653290334

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE