IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YUN ZHU,

*Plaintiff*,

v.

SCHEDULE A DEFENDANTS,

*Defendants*.

Civil Action No. 2:26-cv-970

Hon. William S. Stickman IV

**HEARING MEMO**

HEARING HELD: Videoconference Motion Hearing
DATE HEARING HELD: September 2, 2026
BEFORE: Judge William S. Stickman IV

Appearing for Plaintiff:
Zheng Liu, Esquire

Appearing for Defendants:
n/a

Hearing began at 11:06 a.m.

Hearing concluded at 11:22 a.m.

Stenographer: Barbara Loch

OUTCOME:

This hearing was held re: Plaintiff's Motion for Entry of Default Judgment and Permanent Injunction. (ECF No. 56).

For the reasons set forth on the record, the motion will be granted.

The appropriate order will follow.