**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT
412−208−7500

WHEN REPLYING, PROVIDE CASE NUMBER AND PARTY NAMES

September 3, 2026

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313−1450

RE: YUN ZHU vs. SCHEDULE A DEFENDANTS
Case Number: 2:26−CV−00970−WSS

Dear Commissioner:

Enclosed please find a copy of the docket entries and the order/dismissal terminating the above matter in the United States District Court for the Western District of Pennsylvania.

Thank you for your attention in this matter.

Very truly yours,

BRANDY S. LONCHENA
CLERK OF COURT

By: /s/ **Erika R Thomas**
Deputy Clerk

Enclosures